UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LOUISA THURSTON, | CASE NO. 2:10-CV-516-LRH-CWH |
| Plaintiff, | ORDER |
| vs. | |
| CITY OF NORTH LAS VEGAS POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

This case is currently scheduled for trial on the stacked calendar of <u>Tuesday, June 2, 2015</u>.

IT IS ORDERED that this case is referred to The Honorable Carl W. Hoffman for the purpose of conducting a settlement conference.

DATED this __24th__ day of September, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE